**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

KARINA GAVIRIA,

Case No.: 8:17-cv-887-JSM-TBM

Plaintiff,

v.

SANTANDER CONSUMER USA, INC.,

Defendant.
_____________________________________/

# NOTICE OF PENDING SETTLEMENT

Plaintiff, Karina Gaviria, by and through undersigned counsel, hereby gives notice of a pending settlement with regard to the instant matter. The parties have reached a tentative settlement and are in the process of drafting, finalizing, and executing the formal settlement documents. Upon completion of same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted this 19th day of May 2017.

By:/s/ *Christopher Legg*
Christopher W. Legg, Esq.
Fla. Bar No.: 44460

Christopher W. Legg, P.A.
3837 Hollywood Blvd., Ste. B
Hollywood, FL 33021
Office: 954-962-2333
Chris@theconsumerlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Christopher Legg*
Christopher W. Legg, Esq.